UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION

| | |
|---|---|
| MILLER ORTHOPAEDIC AFFILIATES, P.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:23-cv-00038 |
| BLAKE BODENDORFER, M.D., | ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Blake Bodendorfer, M.D., removes this action from the District Court of Pottawattamie County, Iowa to the United States District Court for the Southern District of Iowa, Western Division.

## PROCEDURAL AND FACTUAL BACKGROUND

This action was originally filed by Plaintiff, Miller Orthopaedic Affiliates, P.C. ("Plaintiff") on November 1, 2023, in the District Court of Pottawattamie County, Iowa, assigned Case No. LACV 124665. A copy of all process and pleadings served upon Defendant are attached hereto as Exhibit A.

## GROUNDS FOR REMOVAL

**A.    Diversity Jurisdiction**

This action is removable under 28 U.S.C. § 1332 and 1441. Pursuant to section 1332, federal district courts have original jurisdiction over all actions where the alleged matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332(a).

Complete diversity of citizenship exists in this case because, at the time of both the initial filing and removal, the parties were and are citizens of different states. Plaintiff, Miller Orthopaedic Affiliates, P.C., was and is a professional corporation organized under the laws of the State of Iowa with its principal place of business in Council Bluffs, Iowa. (Petition ¶ 1). Defendant is not a citizen of Iowa. Defendant is a resident of the State of Nebraska. (Petition ¶ 2).

Additionally, the amount in controversy exceeds the sum or value of $75,000.00. Plaintiff seeks "damages in an amount exceeding $1,000,000, along with interest, costs and attorneys' fees as permitted by law." (Petition ¶ 48 and "WHEREFORE" Paragraph). The amount in controversy requirement is therefore met. Accordingly, this Court has jurisdiction under 28 U.S.C. §§ 1332 and 1441.

**B.      Removal is Timely**

A notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b)(1).

In this case, the earliest date that Defendant Blake Bodendorfer, M.D. would have received a copy of Plaintiff's Original Notice and Petition was December 1, 2023. Thus, the removal is timely.

**C.    State Court Documents Attached**

In accordance with 28 U.S.C. §§ 1446(a), 1447(b) and 1449, a copy of all pleadings, process, and orders including other papers received by Defendants are attached hereto as Exhibit A.

**D.    Venue is Proper**

This action is properly removed to the United States District Court for the Southern District of Iowa, Western Division, because it is the district and division embracing the county where Plaintiff's state court action is pending. 28 U.S.C. § 1441(a).

**E.    Notice**

Notice of removal pursuant to 28 U.S.C. § 1446(d) will be provided to the parties and filed with the State court.

WHEREFORE, Defendant prays that the United States District Court for the Southern District of Iowa, Western Division, accepts this Notice of Removal, assumes jurisdiction of this cause, and issues such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Dated: December 29, 2023.                    BLAKE BODENDORFER, M.D., Defendant

*s/ Aaron A. Clark*
Aaron A. Clark, AT0012098
Ruth A. Horvatich, AT0010948
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone:   402.341.3070
Facsimile:   402.341.0216
Email: aclark@mcgrathnorth.com
Email: rhorvatich@mcgrathnorth.com

ATTORNEYS FOR DEFENDANT

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2023, I electronically filed the foregoing **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Adam J. Wachal
Gretchen Lusso
Koley Jessen P.C., L.L.O.
1125 South 103rd Street
Omaha, NE 68124-1079
Adam.Waschal@koleyjessen.com
Gretchen.Lusso@koleyjessen.com

*s/ Aaron A. Clark*
Aaron A. Clark